**RECEIVED**

OCT 2 7 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **JAMES M. MILLER** | **CIVIL ACTION NO. 10-1040** |
|     LA. DOC # 117891 | |
|     FED. REG. NO. 26478-034 | **SECTION P** |
| VS. | |
| | **JUDGE DOHERTY** |
| **WARDEN, J.B. EVANS** | |
| **CORRECTIONS CENTER** | **MAGISTRATE JUDGE HANNA** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's Application for Federal Writ of *Habeas Corpus* Under 28 U.S.C. §2241 be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 27 day of October, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE